UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SPILLAR, GREGORY S | § | Case No. 08-06532 MB |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604
        Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/18/2010 in Courtroom 250,

        United States Courthouse
        Old Kane County Courthouse
        100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
SPILLAR, GREGORY S                 §     Case No. 08-06532 MB
                                   §
         Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 5,001.18 |
| *and approved disbursements of* | $ | 4.58 |
| *leaving a balance on hand of*[1] | $ | 4,996.60 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 1,250.12 | $ 0.00 |
| *Attorney for trustee: Thomas E. Springer* | $ 2,657.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
|  | *Other:*_____ | $_____ | $_____ |
|  | *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
|  | *Attorney for debtor:*_____ | $_____ | $_____ |
|  | *Attorney for:*_____ | $_____ | $_____ |
|  | *Accountant for:*_____ | $_____ | $_____ |
|  | *Appraiser for:*_____ | $_____ | $_____ |
|  | *Other:*_____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,838.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |  |
|---|---|---|---|---|
| *1* | *MERRICK BANK* | $ 320.11 | $ 2.69 | * |
| *2* | *Stanley Spillar* | $ 116,384.97 | $ 976.59 |  |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Capital Recovery One | $ 315.50 | $ 2.65 * |
| 4 | Recovery Management Systems Corporation | $ 2,529.96 | $ 21.23 |
| 5 | Asset Acceptance LLC | $ 1,595.65 | $ 13.39 |
| 6 | Recovery Management Systems Corporation | $ 1,199.07 | $ 10.06 |
| 7 | LVNV Funding LLC | $ 1,823.53 | $ 15.30 |
| 9 | PALLINO RECEIVABLES II LLC | $ 4,995.78 | $ 41.92 |
| 11 | Roundup Funding, LLC | $ 673.77 | $ 5.65 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***Pursuant to Rule 3010 of the Federal Rules of the Bankruptcy Procedure and 11 U.S.C. §347, these distributions which are less than $5.00 shall be deposited with Clerk of the Bankruptcy Court.**

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 2                   Date Rcvd: Oct 26, 2010
Case: 08-06532                Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Oct 28, 2010.
db           +Gregory S Spillar,    5 Woods Creek Court,     Algonquin, IL 60102-4804
aty          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,     2045 Aberdeen Court,
               Sycamore, IL 60178-3140
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
12062181     +AIG Insurance Companies,    c/o Credit Collection Services,     Two Wells Avenue, Dept 9134,
               Newton Center, MA 02459-3208
12062184      AT&T/Cingular Wireless,    c/o IC System Inc.,     444 Highway 96 East, P.O. Box 64437,
               Saint Paul, MN 55164-0437
12062182     +Allied Insterstate,    3000 Corporate Exchange Dr 5th Fl.,     Columbus, OH 43231-7723
12062183     +Arrow Financial Services LLC,    c/o Bronson & Migliacco LLP,     799 Roosevelt Rd Blg 6 Suite 316A,
               Glen Ellyn, IL 60137-5908
12062185      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
12062186     +Bank of Marin,    c/o Asset Acceptance LLC,     P.O. Box 909886,    Chicago, IL 60690-9799
12062187     +Blatt Hasenmiller Leibsker & Moore,     125 South Wacker Drive,     Chicago, IL 60606-4424
12062188     +Bonkoski Lawn Care Inc,    609 Madison Street,    Dundee, IL 60118-2409
12062189      Capital One,    c/o Midland Credit Managements Inc,     Department 8870,
               Los Angeles, CA 90084-8870
12062190      Capital One Bank,    P.O. Box 60024,    City Of Industry, CA 91716-0024
12360502     +Cavalry Portfolio Services, LLC,     7 Skyline Drive, Third Floor,     Hawthorne, NY 10532-2156
12062191      Charter One Bank,    c/o Arrow Financial Services,     5996 W. Touhy Avenue,    Niles, IL 60714-4610
12062193     +HSBC Carson Bank,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
12062194     +MBNA,   c/o Calvary Portfolio Services LLC,     P.O. Box 1017,    Hawthorne, NY 10532-7504
12121576     +MERRICK BANK,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12062196     +Metris c/o Credigy Receivables Inc,     c/o Shindler Law,    1990 E. Algonquin Road, Suite 180,
               Schaumburg, IL 60173-4164
12062197     +Northwest Community Hospital,    c/o Pellettier & Associates Ltd,     991 Ok Creek Drive,
               Lombard, IL 60148-6408
12397480     +PALLINO RECEIVABLES II LLC,    c/o Jefferson Capital Systems LLC,     PO BOX 7999,
               SAINT CLOUD MN 56302-7999,     Orig By: PROVIDIAN NATIONAL BANK VISA
12062198     +Providian National Bank,    c/o RJM Acq LLC,     575 Underhill Blvd, Suite 2,
               Syosset, NY 11791-3426
12062199      R Fantus d/b/a Chicago Trauma,    c/o Friedman & Wexler LLC,     500 W. Madison St, Suite 2910,
               Chicago, IL 60661-2587
12062200     +Sanjay S. Jutla,    55 E Jackson, 16th Floor,    Chicago, IL 60604-4466
12062201     +Stanley Spillar,    8318 N. Kenneth,    Skokie, IL 60076-2633
12062202     +The Easton Press,    677 Connecticut Avenue,    Norwalk, CT 06857-0001
12062203     +US Bank/ASC,    c/o Codilis & Associates PC,     15W030 N. Frontage Road, Suite 100,
               Willowbrook, IL 60527-6921
The following entities were noticed by electronic transmission on Oct 27, 2010.
12290259     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
12579100     +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 01:34:46      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
12332506      E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
               Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
12062195     +E-mail/Text: bkr@cardworks.com                             Merrick Bank,    P.O. Box 23356,
               Pittsburgh, PA 15222-6356
12579102      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 01:34:46
               Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12235876     +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 01:34:46
               Recovery Management Systems Corporation,     For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12295331     +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 01:34:46
               Recovery Management Systems Corporation,     For Capital Recovery One,
               As Assignee of AT&T Wireless,     25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12252261     +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 01:34:46
               Recovery Management Systems Corporation,     For Capital Recovery One,
               As Assignee of CROSS COUNTRY BANK,     25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12399959      E-mail/PDF: BNCEmails@blinellc.com Oct 27 2010 01:30:05      Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
12397508*    +PALLINO RECEIVABLES II LLC,    c/o Jefferson Capital Systems LLC,     PO BOX 7999,
               SAINT CLOUD MN 56302-7999,     Orig By: PROVIDIAN NATIONAL BANK VISA
12311437*    +Recovery Management Systems Corporation,     For Capital Recovery One,
               As Assignee of AT&T Wireless,     25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2                  Date Rcvd: Oct 26, 2010
Case: 08-06532                Form ID: pdf006              Total Noticed: 38

12062192    ##+Cross County Bank,    P.O. Box 15371,    Wilmington, DE 19850-5371
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**                          **Signature:**    *Joseph Speetjens*